Martha G. Bronitsky
Chapter 13 Standing Trustee
24301 Southland Dr #200
Hayward, CA 94545-1541
(510) 266-5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Rogelio Aguayo
Aurora Arcardia Aguayo

Chapter 13 Case No. 09-47468-EDJ13

debtor(s)

**Declaration and Request for Order of Dismissal**

Trustee's Motion to Dismiss Proceedings having been filed with the Court on October 28, 2009 and the notice of said motion was duly served upon the debtor and the attorney of record.

No response has been received from the debtor and more than twenty (20) days have elapsed since the Trustee's Motion to Dismiss Proceedings was served.

I Declare under penalty of perjury that the foregoing is true and correct.

Executed this date at Hayward, California.

Date: December 16, 2009

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | | |
|---|---|---|
| 1 | In re | |
| 2 | Rogelio Aguayo<br>Aurora Arcardia Aguayo | Chapter 13 Case No. 09-47468-EDJ13 |
| 3 | debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Rogelio Aguayo
Aurora Arcardia Aguayo
298 Highway Ave
Bay Point, CA 94565

(Debtor(s))
Date: December 16, 2009

Steven L Jacobs Atty
14895 E 14Th Street #390
San Leandro, CA 94578

(Counsel for Debtor)

/s/ Gina A Weaver
Gina A Weaver