STEVEN JACOBS
State Bar #76871
LAW OFFICES OF STEVEN JACOBS
A Professional Corp.
14895 E 14th Street, #390
San Leandro, CA 94578

(510) 357-1499
(510) 357-5838 Fax
sj@stevenjacobsbk.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

ROGELIO AGUAYO and　　　　　　　　　　CASE NO. 09-47468 EDJ13
AURORA AGUAYO,　　　　　　　　　　　　Chapter 13

　　　　　　　　　　　　　　　　　　　　APPLICATION VACATING ORDER OF
　　　　　　　　　　　　　　　　　　　　DISMISSAL

　　　　Debtors.
_____/

　　　　The application of ROGELIO AGUAYO and AURORA AGUAYO, Debtors herein, by and through their attorney of record, STEVEN JACOBS, ESQ., respectively represents:

　　　　1.　　A voluntary petition for relief under Chapter 13 of Title 11 of the United States Code was filed on August 13, 2009.

/ / / /

/ / / /

/ / / /

/ / / /

2. An Application and Order Approving Dismissal of Chapter 13 having been entered on or about December 18, 2009. The Chapter 13 case was dismissed for failure to obtain order on motion to value, however, the Order to value was submitted on November 2, 2009, in which a defective order on the Motion was received. The Debtors request that they be allowed to amend the original motion to value collateral in order to complete the process and reinstate their case.

3. The Debtors request that the dismissal be vacated, that they be allowed to proceed with their bankruptcy as originally scheduled.

WHEREFORE, the Debtors request that their Chapter 13 be allowed to proceed and that the Order approving dismissal of the Chapter 13 be vacated, and for such other relief as the Court deems just and proper.

Dated: January 5, 2010            **/s/ Steven Jacobs**
                                  STEVEN JACOBS
                                  Attorney for Debtors

### TRUSTEE'S APPROVAL OR DISAPPROVAL

I \_\_\_\_ do, I __X__ do not object to an Order Vacating Order of Dismissal and allowing the Debtors to proceed with their Chapter 13 proceeding.

Dated:  December 31, 2009         **/s/ Martha G. Bronitsky**
                                  MARTHA G. BRONITSKY
                                  Chapter 13 Trustee

# PROOF OF SERVICE BY MAIL

I am a resident of the County of Alameda over the age of 18 years and not a party of the within action; my business address is in care of the LAW OFFICES OF STEVEN JACOBS INC., A Professional Corporation, 14895 East 14th Street, Suite 390, San Leandro, CA 94578.

On January 5, 2010, I served the following documents:

APPLICATION AND ORDER VACATING DISMISSAL OF CHAPTER 13

on the parties to said action by placing a true copy thereof in a sealed envelope with postage thereon, fully prepaid, in the United States mail at San Leandro, California, addressed:

    U.S. TRUSTEE OFFICE
    1301 CLAY STREET SUITE 690 N
    OAKLAND, CA 94612

    MARTHA G BRONITSKY, TRUSTEE
    P.O. BOX 5004
    HAYWARD, CA 94540

    LIST OF ADDITIONAL CREDITORS ATTACHED AS EXHIBIT "A"

I certify that I am employed in the office of a member of the Bar at whose direction this service was given. I declare under penalty of perjury that the foregoing is true and correct. Executed at San Leandro, California on January 5, 2010.

**/s/ Carolina Rangel**
CAROLINA RANGEL

**LIST OF ADDITIONAL CREDITORS**
Exhibit "A"

Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714

Atlantic Credit
P.O. Box 13386
Roanoke, VA 24033

Bac / Fleet Bankcard
P.O. Box 26012
Greensboro, NC 27420

Beneficial/hfc
P.O. Box 1547
Chesapeake, VA 23327

CAC Financial Corp.
2601 NW Expressway #100
Oklahoma City, OK 73112

Capital 1 Bank
Attn: TSYS Debt Management
P.O. Box 5155
Norcross, GA 30091

Chase
JP Morgan Chase
P.O. Box 15153
Wilmington, DE 19850-5153

CIR, Law Offices
8665 Gibbs Dr. #150
San Diego, CA 92123

DSRM National Bank
P.O. Box 631
Amarillo, TX 79105

HSBC
Attn: Bankruptcy
P.O. Box 5213
Carol Stream, IL 60197

Indymac bank
2531 cerritos rd
Brentwood, CA 94513

JC Penney
Attn: Bankruptcy Dept.
P.O. Box 103106
Roswell, GA 30076

/ / / /

| | |
|---|---|
| 1 | Mann Bracken LLC<br>2325 Clayton Rd.<br>Concord, CA 94520 |
| 2 | |
| 3 | Nations Recovery Center<br>P.O. Box 48719<br>Atlanta, GA 30362-1719 |
| 4 | |
| 5 | One West<br>155 North Lake Ave.<br>Pasadena, CA 91101 |
| 6 | |
| 7 | Receivables Performance Mgmt.<br>20816 44th Ave. W<br>Lynnwood, WA 98036 |
| 8 | |
| 9 | Resurgent Capital Service<br>Sherman Acquisitions<br>P.O. Box 10587<br>Greenville, SC 29603 |
| 10 | |
| 11 | Viking Collection Service<br>P.O. Box 59207<br>Minneapolis, MN 55459-0207 |
| 12 | |
| 13 | Washington Mutual Bank<br>Attn: Bankruptcy Dept<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256 |
| 14 | |
| 15 | Washington Mutual Mortgage<br>Attn: Bankruptcy Dept. JAXA 2035<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256 |
| 16 | |
| 17 | Wells Fargo Card Ser<br>P.O. Box 5058<br>Portland, OR 97208 |
| 18 | |
| 19 | Wells Fargo Financial Bank<br>Bankruptcy Dept.<br>4137 121st St.<br>Urbandale, IA 50323 |
| 20 | |
| 21 | Wfnnb/brylane Home<br>4590 E Broad St<br>Columbus, OH 43213 |
| 22 | |
| 23 | Zenith Acquisition<br>220 John Glenn Dr # 1<br>Amherst, NY 14228 |
| 24 | |
| 25 | |