The Relief sought in the following order is DENIED.
Signed: January 19, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

STEVEN JACOBS
State Bar no. 76871
LAW OFFICES OF STEVEN JACOBS
A Professional Corp.
14895 E 14th Street, Ste. 390
San Leandro, CA 94578

(510) 357-1499
(510) 357-5838 Fax
sj@stevenjacobsbk.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

ROGELIO AGUAYO and
AURORA AGUAYO,

    Debtors.
_____/

CASE NO. 09-47468 EDJ13
Chapter 13

ORDER VACATING ORDER OF
DISMISSAL AND REINSTATING CASE

    Having considered the above-named Debtors' Application Vacating Order of Dismissal, and good cause appearing:

    IT IS HEREBY ORDERED that the Dismissal Order is vacated and the Chapter 13 Case No. 09-47468 EDJ13 is reinstated.

**END OF ORDER**

COURT SERVICE LIST

Office of the US Trustee
1301 Clay St. #690N
Oakland, CA  94612

Martha G. Bronitsky, Trustee
P.O. Box 5004
Hayward, CA  94540